**Motion Granted; Abatement Order filed January 31, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00778-CR**

_____

**LAUREN ASHLEY ADETUNJI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1715891**

## ABATEMENT ORDER

On January 13, 2012, appellant filed a motion requesting that we abate the appeal and direct the trial court to file findings of fact and conclusions of law related to its ruling on appellant's pre-trial motion to suppress evidence. The State filed no objection or other response.

Upon the request of the losing party on a motion to suppress evidence, the trial court shall state its essential findings of fact and conclusions of law that are adequate to provide an appellate court with a basis upon which to review the trial court's application of the law

to the facts.  *See State v. Cullen,* 195 S.W.3d 696, 699 (Tex. Crim. App. 2006).  Accordingly, we **GRANT** appellant's motion and issue the following order:

The presiding judge of the Harris County Criminal Court at Law No. 3 is directed to reduce to writing its findings of fact and conclusions of law that are adequate to provide this court with a basis upon which to review the trial court's application of the law to the facts.  The trial court is directed to have a supplemental clerk's record containing those findings and conclusions filed with the clerk of this Court on or before **March 2, 2012**.

The appeal is abated, treated as a closed case, and removed from this court's active docket.  The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.  The court will also consider an appropriate motion to reinstate the appeal filed by either party.


PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.